**Order filed July 12, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00362-CV
_____

## JOHN EMMANUEL D/B/A FIRST AMERICO AUTO SALE & REPAIR, Appellant

## V.

## ABIGAIL IZOUKUMOR, Appellee

**On Appeal from the 98th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-006205**

## O R D E R

Appellant's brief was due **June 14, 2019.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 17, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM